[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10737
Non-Argument Calendar
_____

D.C. Docket No. 4:13-cv-00157-CDL


NATHANIEL GRIGGS,

                                             Petitioner-Appellant,

versus

WARDEN, et al.,

                                                 Respondents,

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
WARDEN,

                                            Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(January 28, 2015)

Before TJOFLAT, WILSON, and EDMONDSON, Circuit Judges.


PER CURIAM:


Nathaniel Griggs appeals the dismissal of his pro se 28 U.S.C. § 2254 petition raising four claims of ineffective assistance of appellate counsel. Given our instructions set out in *Clisby v. Jones*, 960 F.2d 925 (11th Cir. 1992), the district court committed a *Clisby* error by not addressing two ineffective assistance claims raised in an amendment to Griggs's petition. Accordingly, we vacate the dismissal of Griggs's petition, without prejudice, and remand for further proceedings.

VACATED AND REMANDED.

2